485 A.2d 392

**Joseph KINTZ, Administrator of the Estate of Miriam G. Kintz, Deceased**

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 1984.

Decided Dec. 14, 1984.

Roger T. Shoop, Harrisburg, for appellant.

Robert D. Myers, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

McDERMOTT and ZAPPALA, JJ., dissent as to the interest question and would reach the merits on that issue.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the above-captioned appeal is dismissed as having been improvidently granted.